IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORWIN PECK, JR.,     PLAINTIFF
ADC #149598

v.     5:19CV00092-JM-JTK

ARKANSAS DEPARTMENT OF CORRECTION     DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaints (Doc. Nos. 2, 5, 7) against Defendants are DISMISSED, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

4. Plaintiff's Motion for Copy (Doc. No. 10) is granted. The Clerk is directed to mail Plaintiff a copy of his objection (Doc. No. 9).

IT IS SO ORDERED this 29th day of May, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE