# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CORWIN PECK, JR.,                                                             PLAINTIFF
ADC #149598

v.                      5:19CV00092-JM-JTK

ARKANSAS DEPARTMENT OF CORRECTION                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED for failure to state a claim upon which relief may be granted.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of May, 2019.

                                              _____
                                              JAMES M. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE